Oscar H. Haugan, appellee, v. Carl Thorgersen et al., defendants, on appeal of Bernard Given, appellant. Gen. No. 35,629.

Opinion filed December 2, 1931.   Rehearing denied December 22, 1931.

Irving L. Block, for appellant; Irving Mantel, of counsel.   Miller, Gorham & Wales, for appellee.

Mr. Justice Friend delivered the opinion of the court.